JEWEL SMESSERT, Respondent, v. WARNER BROS. PICTURES, INC., and Others, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and

disbursements. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.